

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00602-CR

Kenneth **MUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 12715CR
Honorable Robert Cadena, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 1, 2015.

_____
Karen Angelini, Justice